Ronald Wilcox, Esq., State Bar No. 176601
2160 The Alameda, Suite F, First Floor
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

ATTORNEY FOR PLAINTIFFS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IRMA SANCHEZ, JORGE SANCHEZ, AND SOPHIA SANCHEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CLIENT SERVICES, INC. AND CLARA DAVIS,<br><br>Defendants. | CIV. NO. C06-06280 PVT<br><br>**STIPULATION TO AMEND COMPLAINT and [PROPOSED] ORDER** |

On January 2, 2007 Defendant Client Services, Inc. provided initial disclosures that indicated the correct name of its employee is "Karla Davis", not "Clara Davis. Thus, the parties hereby request the Court enter an Order correcting to Complaint to list Ms. Davis's name as "Karla Davis, The parties shall use the name "Karla Davis" in the caption of all future filings.

Dated: January 24, 2007

_____
Ronald Wilcox, Counsel for Plaintiff

Dated: January 24, 2007

_____
Steve Scott, Counsel for Defendant
Phuong Nguyen

- 1 -

Amended Joint Case Management Conference Statement

[PROPOSED] ORDER

The Court hereby Orders that the Complaint is hereby Amended to correct the name of Defendant "Karla Davis". The parties shall use the name "Karla Davis" in the caption of all future filings.

**IT IS SO ORDERED.**

Date: 1/25/07

*Patricia V. Trumbull*
HON. P. TRUMBULL
U.S. MAGISTRATE JUDGE