Ronald Wilcox, Esq., State Bar No. 176601
2160 The Alameda, Suite F, First Floor
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

ATTORNEY FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IRMA SANCHEZ, JORGE SANCHEZ, AND SOPHIA SANCHEZ, <br><br> Plaintiffs, <br><br> v. <br><br> CLIENT SERVICES, INC. AND CLARA DAVIS, <br><br> Defendants. | CIV. NO. C06-06280 PVT <br><br> STIPULATION TO EXTEND TIME TO MEDIATE AND [~~PROPOSED~~] ORDER <br><br> Date:  January 9, 2007 <br> Time:  2:00 p.m. <br> Courtroom 5, 4th Floor |

The parties have met and conferred with the Mediator, Greg Walker, and have agreed on a mediation date of March 30, 2007. However, the deadline to mediate in this case is March 22, 2007. The parties respectfully request the Court extend the deadline to mediate to allow such to take place on March 30, 2007.

Dated: February 2, 2007                 /s/Ronald Wilcox
                                        Ronald Wilcox, Counsel for Plaintiff

Dated: February 2, 2007
                                        Steve Scott, Counsel for Defendant

- 1 -

Joint Case Management Conference Statement

[~~PROPOSED~~] ORDER

The deadline to mediate is hereby extended to allow such to occur on March 30, 2007.

**IT IS SO ORDERED.**

Date: 2/2/07

*Patricia V. Trumbull*
HON. PATRICIA V. TRUMBULL
U.S. MAGISTARTE JUDGE