1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IRMA SANCHEZ, et al., ) | Case No.: C 06-6280 PVT |
| ) | |
| Plaintiffs, ) | **ORDER EXTENDING TIME FOR FILING ANY AMENDMENT TO COMPLAINT** |
| ) | |
| v. ) | |
| ) | |
| CLIENT SERVICES, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

    On March 6, 2007, the parties filed a Stipulation To Extend Time to Mediate [sic] and [Proposed] Order, in which they request an extension of time for Plaintiff to file any amendment to the complaint. Based on the stipulation and the file herein,

    IT IS HEREBY ORDERED that the parties' request is GRANTED. The deadline for Plaintiff to amend the complaint is hereby extended to May 10, 2007.

Dated: *3/7/07*

                                                      PATRICIA V. TRUMBULL
                                                      United States Magistrate Judge