UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IRMA SANCHEZ, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CLIENT SERVICES, INC., et al.,<br><br>        Defendants. | Case No.: C 06-6280 PVT<br><br>**ORDER SETTING DEADLINE FOR DEFENDANT KARLA DAVIS TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

Defendant Karla Davis made her first appearance in this action on March 14, 2007. All other parties previously consented to Magistrate Judge jurisdiction. Defendant Karla Davis has not yet filed either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Therefore,

IT IS HEREBY ORDERED that no later than April 2, 2007, Defendant Karla Davis shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or on the court's website at www.cand.uscourts.gov in the forms (civil) section.

Dated: *3/19/07*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*