Ronald Wilcox, Esq., State Bar No. 176601
2160 The Alameda, Suite F, First Floor
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

**FILED**

MAR 19 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ATTORNEY FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IRMA SANCHEZ, JORGE SANCHEZ, AND SOPHIA SANCHEZ, <br><br> Plaintiffs, <br><br> v. <br><br> CLIENT SERVICES, INC. AND KARLA DAVIS, <br><br> Defendants. | CIV. NO. C06-06280 PVT |

[Proposed] [ORDER REGARDING DEFENDANTS' REQUESTS TO BE EXCUSED

The request to be excused by Defendant Client Services, Inc. does not conform with ADR Local Rule 6-9, since there is no extraordinary or otherwise unjustifiable hardship in personally attending the Mediation. Thus, the request is DENIED.

The request to be excused by Defendant Karla Davis is not opposed by Plaintiffs. Thus, the request is GRANTED. Ms. Davis shall be available by telephone throughout the Mediation session.

Plaintiff shall serve a copy of this Order on Defendants.

**IT IS SO ORDERED.**

Dated: 3-19-07

_____
ADR Magistrate Judge Brazil

- 1 -