Ronald Wilcox, Esq., State Bar No. 176601
2160 The Alameda, Suite F, First Floor
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

Peter F. Barry, Esq., 0266577 (Admitted Pro Hac Vice)
Barry & Slade, LLC
2021 E. Hennepin Are, #195
Minneapolis, Minnesota 55413
Tel: (612) 379-8800
Fax: (612) 379-8810
pbarry@lawpoint.com

ATTORNEYS FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| IRMA SANCHEZ, JORGE SANCHEZ, AND SOPHIA SANCHEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CLIENT SERVICES, INC. AND KARLA DAVIS,<br><br>Defendants. | CIV. NO. C06-06280 PVT<br><br>**STIPULATION and [PROPOSED] ORDER REGARDING FINANCIAL CONDITION** |

The parties hereby stipulate and agree that the records produced by Defendant Client Services, Inc. (CSI) and Bate Stamped (CSI 144-174):

1. Are true and correct copies of the originals, and are genuine and authentic within the meaning of Federal Rule of Evidence 901.

2. Are records of regularly conducted activity within the meaning of Federal Rule of Evidence 803(6).

3. Reflect Defendant CSI's current financial condition, are admissible, and can be used to

- 1 -

determine punitive damages in the event such determination becomes necessary in this case.

4. Defendant will produce at trial a corporate designee competent to testify about CSI's current financial condition, and will also bring documents that support such current financial condition, in the event a determination of punitive damages becomes necessary in this case.

Date: 9/4/07

_____
Ronald Wilcox,
COUNSEL FOR PLAINTIFF


Date: September 4, 2007

_____
Charles Tillage
COUNSEL FOR DEFENDANTS


PROPOSED [ORDER]

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Date: 9/4/07

_____
HON. PATRICIA TRUMBULL
U.S. MAGISTRATE JUDGE

- 2 -

STIPULATION REGARDING FINANCIAL CONDITION