|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |
| | SAN JOSE DIVISION |

IRMA SANCHEZ, JORGE SANCHEZ, and SOPHIA SANCHEZ,

          Plaintiffs,

v.

CLIENT SERVICES, INC. and KARLA DAVIS,

          Defendants.

Case No.: C 06-06280 PVT

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO COMPEL**

    Plaintiffs Irma Sanchez, Jorge Sanchez and Sophia Sanchez move to compel defendants Client Services, Inc. ("Client Services") and Karla Davis to produce further discovery. Plaintiffs further move to preclude evidence. Defendants oppose the motion. On September 4, 2007, the parties appeared for hearing. Based on the briefs and arguments presented,

    IT IS HEREBY ORDERED that counsel shall meet and confer regarding the scope of discovery of the personnel files for the eight employees named in the call logs for this action. Based on a stipulation by the parties, counsel for the defendants shall review the personnel files (for the time period beginning in or around January 2005 until October 5, 2006, the date the complaint was filed) and produce such discovery. In the event, counsel is unable to agree on the scope of discovery of the personnel files, plaintiffs shall notice a hearing for September 18, 2007 for further resolution

1  by the court.

2  IT IS FURTHER ORDERED that on or before September 18, 2007, counsel for defendants shall notify plaintiffs whether they will assert a bona fide error defense at trial.  If defendants inform plaintiffs that they intend to assert a bona fide error defense, the court may revisit whether to re-open discovery as to this specific issue.

IT IS FURTHER ORDERED that plaintiffs shall propound interrogatories related to Rule 30(b)(6) deposition topic nos. 9, 11, 12 and 13 and defendants shall serve responses no later than September 18, 2007.

IT IS FURTHER ORDERED that plaintiffs shall subpoena and re-notice the deposition of Don Bailey.  The deposition shall occur prior to September 18, 2007.  In the event the deposition cannot be scheduled prior to September 18, 2007, the parties shall meet and confer on an alternative date and so notify the court.

IT IS FURTHER ORDERED that plaintiffs shall re-notice the Rule 30(b)(6) deposition with newly drafted deposition topics which may relate to12 prior lawsuits involving defendant Client Services.  Plaintiffs had previously noticed this specific topic as deposition topic no. 26.  Counsel shall meet and confer on the scope of the new deposition topics prior to returning to court.

IT IS FURTHER ORDERED that plaintiffs' motion to preclude evidence is denied as premature in light of the pending discovery orders specified above.

Dated: *9/6/2007*

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

1 | *Counsel automatically notified of this filing via the court's Electronic Case Filing system.*

2 | <u>copies mailed on</u>          to:

 

                                                        _____
                                                        CORINNE LEW
                                                        Courtroom Deputy