Ronald Wilcox, Esq., State Bar No. 176601
2160 The Alameda, Suite F, First Floor
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

ATTORNEY FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IRMA SANCHEZ, JORGE SANCHEZ, AND SOPHIA SANCHEZ,<br><br>    Plaintiffs,<br><br>v.<br><br>CLIENT SERVICES, INC. AND CLARA DAVIS,<br><br>    Defendants. | CIV. NO. C06-06280 PVT<br><br>**REQUEST FOR SETTLEMENT CONFERENCE AND [~~PROPOSED~~] ORDER** |

Plaintiffs believe the parties would benefit from attending a Settlement Conference with a U.S. Magistrate Judge. Thus, Plaintiffs respectfully requests the Court enter an Order directing the parties to contact the Hon. Howard Lloyd to arrange for a Settlement Conference.

Dated: September 12, 2007            /s/Ronald Wilcox
                                     Ronald Wilcox, Counsel for Plaintiff

- 1 -

REQUEST FOR SETTLEMENT CONFERENCE AND [PROPOSED] ORDER

## ORDER

Pursuant to the Plaintiffs' request, the parties are directed to contact the chambers of the Hon. Howard Lloyd to arrange for a settlement conference.

**IT IS SO ORDERED.**

Date: 9/17/07

*[signature]*
HON. PATRICIA TRUMBULL
U.S. MAGISTRATE JUDGE

- 2 -

REQUEST FOR SETTLEMENT CONFERENCE AND [PROPOSED] ORDER