UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IRMA SANCHEZ, JORGE SANCHEZ, and SOPHIA SANCHEZ, <br><br> Plaintiffs, <br><br> v. <br><br> CLIENT SERVICES, INC. and KARLA DAVIS, <br><br> Defendants. | Case No.: C 06-06280 PVT <br><br> **ORDER RE: DATE FOR DEPOSITION OF NON-PARTY DON BAILEY** |

Plaintiffs Irma Sanchez, Jorge Sanchez and Sophia Sanchez and defendants Client Services, Inc. ("Client Services") and Karla Davis have been unable to agree on a date to schedule the deposition of non-party Don Bailey. On September 18, 2007, the parties appeared for hearing and the court urged the parties to further meet and confer.[1] In the event the parties could not agree on a date within 24 hours of the hearing, the court would select a date for the deposition of non-party Don Bailey. On September 19, 2007, the parties notified the court that they had not agreed on a date for the deposition of non-party Don Bailey. The discovery cut-off is September 28, 2007. Accordingly,

---

[1] Pursuant to the September 6, 2007 Order, the parties appeared for further rulings on various discovery requests related, *inter alia,* to the production of personnel records. As defendants have apparently complied with the discovery request, plaintiffs withdrew the motion to compel for this discovery at the hearing.

ORDER, *page 1*

1  non-party Don Bailey will be deposed on September 28, 2007.[2]

2      IT IS SO ORDERED

3  Dated: *September 20, 2007*

4                                                   PATRICIA V. TRUMBULL

5                                                 United States Magistrate Judge

---

[2]     The holding of this court is limited to the facts and particular circumstances underlying the present motion.

    The court notes that to the extent Mr. Bailey may be a resident of St. Louis, Missouri, an application for order to compel discovery from a person who is not a party must be made in the district where the discovery is being, or is to be, taken. *See*, Fed. R. Civ. P. 37(a)(1). Additionally, motions to enforce deposition subpoenas are brought in the court which issued the subpoena. *See*, Fed. R. Civ. P. 45(c)(2)(B).

ORDER, *page 2*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28